UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROYCE TURNER; FEIXIA CHEN; and BANGJIE ZHU,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA; JOHN F. KERRY, U.S. Secretary of State; JENNIFER ZIMDAHL GALT, Consul General for the United States, Guangzhou, China; IMMIGRANT VISA UNIT, U.S. Consulate General, Guangzhou, China; JOHN DOE, Consular Officer, Immigrant Visa Unit, Guangzhou, China,<br><br>            Defendants. | NO:  2:14-CV-283-RMP<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The parties filed a signed and stipulated motion to dismiss this action with prejudice. ECF No. 9. According to the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close** this case.

**DATED** this 14th day of November 2014.

    *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2